IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DARNELL WILLIAMS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 10-1502 |
| | ) | |
| BRIAN H. THOMPSON, et al., | ) | |
| Respondents. | ) | |

ORDER

AND NOW, this 7th day of December, 2010, after the petitioner, Darnell Williams, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by petitioner, and upon independent review of the petition upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 2), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Darnell Williams (Docket No. 1) is transferred to the United States Court of Appeals for the third Circuit pursuant to 28 U.S.C. § 1631 as a successive petition forthwith.

Arthur J. Schwab
United States District Judge

cc: Darnell Williams
DN-8745
801 Butler Pike
Mercer, PA 16137